# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

PATRICIA ABADIE

VERSUS

LOUISIANA FARM BUREAU
CASUALTY INSURANCE COMPANY,
GEORGE SMITH, INDIVIDUALLY
AND IN THE PROCEDURAL
CAPACITY OF HIS MINOR SON,
HUNTER SMITH

NO.  2019 CW 0937

**NOV 1 2 2019**

---

In Re:    Louisiana Farm Bureau Casualty Insurance Company, and
          George Smith, Individually and in the procedural
          capacity of his minor son, Hunter Smith, applying for
          supervisory writs, 21st Judicial District Court,
          Parish of Tangipahoa, No. 2018-0000455.

---

**BEFORE:    WHIPPLE, C.J., GUIDRY AND CRAIN, JJ.**

   **WRIT DENIED.**

**VGW**
**WJC**

   **Guidry, J.**, concurs.  The criteria set forth in **Herlitz
Construction Co., Inc. v. Hotel Investors of New Iberia, Inc.**,
396 So.2d 878 (La. 1981) (*per curiam*), are not met.

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
      FOR THE COURT